UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
OSCAR ROVIRA,

                Plaintiff,

-against-

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                Defendant.
---------------------------------------------------------------X

JUDGMENT
05-CV-4434 (NG)

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT E.D. N.Y.
★ APR 1 2 2007 ★
P.M. _____
TIME A.M. _____

      An Order of Honorable Nina Gershon, United States District Judge, having been filed on April 10, 2007, remanding the case to the Commissioner pursuant to the sixth sentence of 42 U.S.C. § 405(g), for further administrative proceedings to locate and/or reconstruct plaintiff's claims file and to prepare a certified administrative record for filing with the Court; it is

      ORDERED and ADJUDGED that the case is remanded to the Commissioner pursuant to the sixth sentence of 42 U.S.C. § 405(g), for further administrative proceedings to locate and/or reconstruct plaintiff's claims file and to prepare a certified administrative record for filing with the Court.

Dated: Brooklyn, New York
       April 11, 2007

ROBERT C. HEINEMANN
Clerk of Court